**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-00724-LTB

ENSIGN UNITED STATES DRILLING, INC., and
ENSIGN UNITED STATES DRILLING (CALIFORNIA) INC.,

       Plaintiffs,

v.

B & H RIG AND TONG SALES, and
WEATHERFORD U.S. LIMITED PARTNERSHIP,

       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Defendant Weatherford U.S. Limited Partnership's Unopposed Motion to Withdraw Motion to Dismiss or Stay or, in the Alternative, Transfer Pursuant to 28 U.S.C. § 1404(A) (Doc 37 - filed June 27, 2013) is **GRANTED**. Defendant Weatherford's Motion to Dismiss or Stay (Doc 16 - filed April 5, 2013) is WITHDRAWN.

Dated:  July 1, 2013
_____