IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy:  Emily Buchanan               Date:  July 10, 2015
Court Reporter:     Mary George

_____

Civil Case No. 13-cv-00724-LTB-KMT            <u>Counsel:</u>

ENSIGN UNITED STATES DRILLING INC.,            David Frommell
and                                            Rodney Smith
ENSIGN UNITED STATES DRILLING
(CALIFORNIA) INC.,

     Plaintiffs,

v.

WEATHERFORD U.S. LIMITED                       Maureen Witt
PARTNERSHIP,                                   Claire Wells Hanson

     Defendant.
_____

COURTROOM MINUTES
_____

HEARING - STATUS/FURTHER SCHEDULING

8:55 a.m.     Court in Session.

Discussion between the Court and counsel regarding the Order entered on June 25, 2015 dismissing plaintiffs' first and second claims for relief, remaining claims and if there is dispute that California law applies to those two claims, the possibility of mediation, the issue of the workers' compensation deductible payment Plaintiffs made, revising the Pretrial Order, the length of trial, resolving the pending motions in limine, and the possibility of plaintiffs dismissing without prejudice the two remaining claims and appealing to the Tenth Circuit.

**ORDERED**:  The fifteen day Jury Trial set for August 3, 2015 is **vacated**.

**ORDERED**:  A Further Final Pretrial Conference is set for **August 3, 2015 at 9:00 a.m.**

in Courtroom C401 before Judge Babcock.  A single revised proposed pretrial order with revised witness and exhibit lists is due on or before **July 29, 2015**.  On or before **July 29, 2015**, counsel shall email to chambers a verdict form and joint annotated proposed jury instructions on the elements of the warranty claims and instructions on damages on breach of warranty.  Plaintiffs' disputed language shall appear in capital letters and Defendant's disputed language in brackets.

**ORDERED**: An Evidentiary Hearing on Defendant's F.R.E. 702 Motion to Exclude Plaintiffs' Expert Richard Ziernicki or, in the Alternative, to Strike His Improper Rebuttal Opinions and Changes to His Deposition Testimony (Doc. No. 103) is set for **August 4, 2015 from 9:00 a.m. - 12:00 p.m.**

**ORDERED**: Ensign's Motion in Limine to Exclude Evidence and Argument Related to Purported Credit Application and Sales Terms and Conditions (Doc. No. 107) is **denied as moot**.

**ORDERED**: Plaintiffs may file a Motion for Reconsideration on the Issue of the $350,000 Deductible on or before **July 17, 2015**.  Defendant shall respond on or before **July 24, 2015**.

9:37 a.m.      Court in Recess.
Hearing concluded.
Time:  00:42