IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   13-cv-00724-LTB-KMT

ENSIGN UNITED STATES DRILLING, INC., and
ENSIGN UNITED STATES DRILLING (CALIFORNIA) INC.,

        Plaintiffs,

v.

WEATHERFORD U.S. LIMITED PARTNERSHIP,

        Defendants.
_____

ORDER
_____

As set forth on the record during the July 10, 2015 status/scheduling hearing, it is HEREBY ORDERED THAT:

1. The three-week jury trial currently scheduled to commence on August 3, 2015, is VACATED;

2. A Further Final Pretrial Conference is set before this Court on **Monday August 3, 2015 at 9:00 AM.** On or before **Wednesday, July 29, 2015**, the parties shall file a single Revised Final Pretrial Order. This proposed Pretrial Order shall include revised witness and exhibits list, and one combined set of proposed substantive jury instructions (including statement of the case, elements of proof, damage and verdict forms) with Plaintiffs' disputed language designated in all capital letters, and Defendant's disputed language in brackets;

3. Ensign's Motion to Exclude Evidence and Argument Related to Purported Credit Application and Sales Terms and Conditions [Doc #107], filed by Plaintiffs on June 19, 2015, is DENIED AS MOOT;

4. Weatherford's reply to its Motion to Exclude Plaintiffs' Expert Richard Ziernicki Or, in the Alternative, to Strike His Improper Rebuttal Opinions and Changes to His Deposition Testimony [Doc #103], filed by Defendant on June 10, 2015, SHALL BE FILED on or before **Thursday, July 16, 2015**, pursuant to my Minute Order dated June 11, 2015 [Doc #104];

5. Weatherford's response to Ensign's Motion to Exclude Certain Expert Testimony [Doc #105] filed by Plaintiffs on or before June 18, 2015, SHALL BE FILED by Defendant on **Tuesday, July 14, 2015**. Plaintiffs' reply SHALL BE FILED by **Friday, July 24, 2015**;

6. Weatherford's response to Ensign's Motion in Limine to Exclude Evidence and Argument Related to Ensign's Alleged Intentional Jamming Operation of The Safety Latch Mechanism on the RH-35 Rod Hook [Doc #106] filed by Plaintiffs on June 18, 2015, SHALL BE FILED by Defendant on or before **Tuesday, July 14, 2015**. Plaintiffs' reply SHALL BE FILED by **Friday, July 24, 2015**; and

7. A hearing is set for **Tuesday, August 4, 2015, at 9:00 AM.** for argument from counsel, and evidence/testimony pursuant to Fed. R. Evid. 702, on Weatherford's Motion to Exclude Plaintiffs' Expert Richard Ziernicki Or, in the Alternative, to Strike His Improper Rebuttal Opinions and Changes to His Deposition Testimony [Doc #103];

8. If they wish, Plaintiffs MAY FILE a motion seeking reconsideration/clarification of my ruling that Plaintiffs may not recover "the costs associated with its workers' compensation insurance relating to the accident, including deductible payments and increased premiums" in my Order [Doc #108, pg. 19, dated June 25, 2015] granting Defendant Weatherford's Motion for Partial Summary Judgment [Doc #90] on nor before **Friday, July 17, 2015**. Defendant SHALL FILE its response by **Friday July 24, 2015.**

Dated: July  10 , 2015 in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE