IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy:  Emily Buchanan<br>Court Reporter:      Tammy Hoffschildt | Date:  August 6, 2015 |

_____

| | |
|---|---|
| Civil Case No. 13-cv-00724-LTB-KMT | _Counsel:_ |
| ENSIGN UNITED STATES DRILLING INC.,<br>and<br>ENSIGN UNITED STATES DRILLING (CALIFORNIA) INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>WEATHERFORD U.S. LIMITED<br>PARTNERSHIP,<br><br>        Defendant. | Tamir Goldstein<br>David Frommell<br><br><br><br><br><br><br>Maureen Witt<br>Claire Wells Hanson |

_____

COURTROOM MINUTES
_____

HEARING - STATUS/SCHEDULING

9:02 a.m.      Court in Session.

Also seated at Plaintiffs' table: in house counsel Rebecca Lloyd.

Discussion regarding the parties' settlement negotiations, having a settlement conference with a magistrate judge, and the plaintiffs requesting that the Court certify an interlocutory appeal on the question of the workers compensation insurance premiums.

**ORDERED**:   The Court will issue a special order of reference to Magistrate Judge Hegarty for settlement.

**ORDERED**:   Defendant's F.R.E. 702 Motion to Exclude Plaintiffs' Expert Richard Ziernicki or, in the Alternative, to Strike His Improper Rebuttal Opinions

1

Case 1:13-cv-00724-LTB-KMT   Document 128   Filed 08/06/15   USDC Colorado   Page 2 of 2

and Changes to His Deposition Testimony (Doc. No. 103) is **GRANTED**, with a written order to follow.

**ORDERED**: Ensign's Motion to Exclude Certain Expert Testimony (Doc. No. 105) is **DENIED**, with a written order to follow.

**ORDERED**: A single revised proposed pretrial order is due on or before **Friday, August 28, 2015**. This document shall include revised witness and exhibit lists and a combined set of proposed substantive jury instructions.

**ORDERED**: A Further Final Pretrial Conference is set for **Wednesday, September 2, 2015 at 9:00 a.m.**

9:24 a.m.     Court in Recess.
Hearing concluded.
Time:  00:22