IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   13-cv-00724-LTB-KMT

ENSIGN UNITED STATES DRILLING, INC., and
ENSIGN UNITED STATES DRILLING (CALIFORNIA) INC.,

        Plaintiffs,

v.

WEATHERFORD U.S. LIMITED PARTNERSHIP,

        Defendants.

_____

ORDER
_____

As set forth on the record during the August 6, 2015 status/scheduling hearing, it is

HEREBY ORDERED THAT:

1) The Motion to Exclude Plaintiffs' Expert Richard Ziernicki Or, in the Alternative, to Strike His Improper Rebuttal Opinions and Changes to His Deposition Testimony [Doc #103], filed by Defendant on June 10, 2015, is GRANTED, with a written order to follow;

2) The Motion to Exclude Certain Expert Testimony [Doc #105] filed by Plaintiffs on or before June 18, 2015, is DENIED, with a written order to follow; and

3) A Further Final Pretrial Conference is set before this Court on **Wednesday, September 2, 2015 at 9:00 AM.** On or before **Friday, August 28, 2015**, the parties shall file a single Revised Final Pretrial Order. This proposed Pretrial Order shall include revised witness and exhibits list, and one combined set of proposed substantive jury instructions (including statement of the case, elements of proof, damage and verdict forms) with Plaintiffs' disputed

language designated in all capital letters, and Defendant's disputed language in brackets, and footnoted with applicable legal authority.

Dated: August  6 , 2015 in Denver, Colorado.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              LEWIS T. BABCOCK, JUDGE