IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   13-cv-00724-LTB-KMT

ENSIGN UNITED STATES DRILLING, INC., and
ENSIGN UNITED STATES DRILLING (CALIFORNIA) INC.,

      Plaintiffs,
v.

WEATHERFORD U.S. LIMITED PARTNERSHIP,

      Defendants.

---

SPECIAL ORDER OF REFERENCE
TO UNITED STATES MAGISTRATE JUDGE

---

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge **Michael E. Hegarty** is designated to conduct proceedings in this civil action as follows:

(X)    At the discretion of the Magistrate Judge, convene such neutral evaluation and/or settlement conferences and direct related procedures as may facilitate resolution of this case without the necessity of a motion or prior authorization of the undersigned judge.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

                                                    BY THE COURT:

                                                  s/Lewis T. Babcock
                                                  Lewis T. Babcock, Judge

DATED:   August 6, 2015