IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   13-cv-00724-LTB-KMT

ENSIGN UNITED STATES DRILLING, INC., and
ENSIGN UNITED STATES DRILLING (CALIFORNIA) INC.,

       Plaintiffs,

v.

WEATHERFORD U.S. LIMITED PARTNERSHIP,

       Defendants.

___

## ORDER

___

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 135 - filed September 28, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

       s/Lewis T. Babcock
       LEWIS T. BABCOCK, JUDGE

DATED: September 29, 2015